UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Petitioner,

v.

CHIEF JUDGE AND ASSOCIATE
JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
WASHINGTON,

Respondent.

CASE NO. 2:26-cv-00349-TMC-GJL

REPORT AND RECOMMENDATION

Noting Date: March 23, 2026

Petitioner John Robert Demos, Jr., is a Washington prisoner who is well-known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing what he identifies as a "Petition for a Writ of Mandamus to Compel a Judge to Do His Duty." Dkt. 1. In the Petition, Mr. Demos contends that a standing Bar Order of the United States District Court for the Eastern District of Washington violates an act of Congress and, therefore, asserts the original jurisdiction of the United States Supreme Court to provide him with extraordinary relief. Dkt. 1 at 1–2.

REPORT AND RECOMMENDATION - 1

An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). As Mr. Demos has submitted no filing fee, the Court **RECOMMENDS** that, pursuant to the Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively **CLOSE** this matter and to **STRIKE** any pending motions as moot. A proposed Order is attached.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 23, 2026**.

Dated this 2nd day of March, 2026.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2