UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                 Petitioner,

    v.

CHIEF JUDGE AND ASSOCIATE
JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF WASHINGTON,

                 Respondent.

CASE NO. 2:26-cv-00349-TMC-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Clerk of Court shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3)    The Court certifies that any appeal from this order would not be taken in good faith. *See* 28 U.S.C. 1915(a)(1)(C).

(4)    The Clerk is directed to send copies of this Order to Petitioner and to Judge Leupold.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**DATED** this 23rd day of March, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2